FILED
APR 0 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Magistrate Case No.: '08 MJ 8 3 1 |
| vs. | COMPLAINT FOR VIOLATION OF |
| Mario Jesse CONTRERAS, Defendant. | 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about April 8, 2008, within the Southern District of California, defendant Mario Jesse CONTRERAS did knowingly and intentionally import approximately 52.76 kilograms (116.07 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 9TH, DAY OF April 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Mario Jesse CONTRERAS

STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent Reuben McDowell.

On April 8, 2008, at approximately 1520 hours, Mario Jesse CONTRERAS entered the United States at the Calexico, California, West Port of Entry. Customs and Border Officer (CBPO) J. Jones was conducting a pre-primary operation with his assigned narcotics detector dog (NDD). CBPO Jones immediately noticed that his NDD alerted to a vehicle driven by CONTRERAS. CBPO Jones asked CBPO L. Garcia to remove CONTRERAS from the vehicle and escort him to the secondary inspection area.

CBPO A. Garcia took over the inspection in the secondary area. CBPO A. Garcia received a negative Customs declaration from CONTRERAS.

A subsequent inspection of the vehicle by CBPO Garcia revealed 33 packages located in the roof, rear floor compartment and in a compartment under the rear seat of the vehicle. One of the packages was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 33 packages had a combined net weight of approximately 52.76 kilograms (116.07 pounds).

CONTRERAS was placed under arrest and advised of his Constitutional Rights according to Miranda, which he acknowledged and waived, agreeing to answer questions. CONTRERAS admitted knowledge of the marijuana found in the vehicle.