FILED
MAY - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARIO JESSE CONTRERAS, Defendant. | Criminal Case No. 08CR1425-DMS<br><br>INFORMATION<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about April 8, 2008, within the Southern District of California, defendant MARIO JESSE CONTRERAS, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 52.76 kilograms (116.07 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: May 6, 2008 .

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:mg:San Diego
5/6/08